# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | 7/9/19 |
| **Bankruptcy Case** | 19 B 12866 | **Adversary No.** | |
| **Title of Case** | RICKY LAMAR COLEMAN | | |

**Brief Statement of Motion**   ORDER AMENDING PLAN

**Names and Addresses of moving counsel**   RICKY LAMAR COLEMAN, DEBTOR

**Representing**

## ORDER

PLAN PAYMENTS SHALL BE $744.00 PER MONTH AND GENERAL UNSECURED CREDITORS SHALL RECEIVE 100% OF ALLOWED CLAIMS.

_A.B. Goldgar_